UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HYBRID ATHLETICS, LLC AND ROBERT ORLANDO,<br><br>    Plaintiffs,<br><br>    v.<br><br>HYLETE, INC.,<br><br>    Defendant. | Civil Action No.<br>3:22-cv-01586-VAB |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT**

  Pursuant to Federal Rule of Civil Procedure 55(b) and the Court's Entry of Default, dated January 24, 2023 (Doc. 15), Plaintiffs Hybrid Athletics, LLC and Robert Orlando ("Plaintiffs"), through their counsel, respectfully move for a default judgment against Defendant Hylete, Inc. ("Defendant").

  Judgment should be entered for $79,216.86 along with $36.99/day in interest from the date of this motion, along with $10,558.28 in attorneys' fees and costs, and any additional attorneys' fees incurred, in accordance with Robert Orlando's February 23, 2023 affidavit of debt and Michael J. Kosma's February 23, 2023 affidavit of attorney's fees, which are incorporated by reference. A Proposed Default Judgment Order is submitted in accordance with the above.

Respectfully submitted,

Date: February 23, 2023

*/s/ Michael J. Kosma*
Michael J. Kosma, ct27906
Robert D. Keeler, ct29692
Whitmyer IP Group LLC
600 Summer Street
Stamford, CT 06901
Tel:  203-703-0800
Fax:  203-703-0801
Email: litigation@whipgroup.com
　　　 mkosma@whipgroup.com
　　　 rkeeler@whipgroup.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 23rd day of February 2023, a true and correct copy of the foregoing PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT, was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

DATED: February 23, 2023          */s/ Joan M. Burnett*
                                                Joan M. Burnett