UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HYBRID ATHLETICS, LLC AND ROBERT ORLANDO,<br><br>        Plaintiffs,<br><br>      v.<br><br>HYLETE, INC.,<br><br>        Defendant. | Civil Action No.<br>3:22-cv-01586-VAB |

**DECLARATION OF MICHAEL J. KOSMA IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT JUDGMENT**

I, Michael J. Kosma, declare as follows:

1. I am an attorney at the law firm Whitmyer IP Group LLC, counsel for Plaintiffs Hybrid Athletics, LLC and Robert Orlando ("Plaintiffs") in this action. I am familiar with the facts stated herein and, if called to testify, would competently testify thereto.

2. I submit this Declaration in support of Plaintiffs' Motion for Entry of Default Judgment.

3. I was lead counsel in the original action from which the Settlement Agreement arose, United States District Court for the District of Connecticut, *Hybrid Athletics, LLC v. Hylete, LLC,* No. 3:17-cv-1787 (D. Conn.).

4. To date, Plaintiffs' have incurred $592.00 in costs in this action, namely the U.S. District Court filing fee of $402.00 and the cost of service of process in the amount of $190.00.

5. Attached as Exhibit A are true and correct copies of the receipts for the costs outlined in Paragraph 4 above.

2

6. To date, Plaintiffs have incurred $9,966.28 in attorneys' fees in this action, including the costs of drafting all pleadings and motions in enforcing the terms of Settlement Agreement.

7. Attached as Exhibit B are true and correct copies of the invoices for attorneys' fees outlined in Paragraph 6 above. Any redactions are made to protect attorney-client privilege and/or attorney work product material.

8. The total amount due and owing for costs and attorneys' fees in this matter to date is $10,558.28.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

<u>February 23, 2023</u>                  _____
Date                                           Michael J. Kosma