# EXHIBIT A

# Joan M. Burnett

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, December 13, 2022 4:16 PM |
| **To:** | WHIP litigation |
| **Subject:** | Pay.gov Payment Confirmation: CONNECTICUT DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at 203-773-2426.

Account Number: 5377987
Court: CONNECTICUT DISTRICT COURT
Amount: $402.00
Tracking Id: ACTDC-7168101
Approval Code: 123101
Card Number: ************2008
Date/Time: 12/13/2022 04:15:49 ET

NOTE: This is an automated message. Please do not reply

**Joan M. Burnett**

| | |
|---|---|
| **From:** | service@paypal.com |
| **Sent:** | Thursday, December 29, 2022 10:03 AM |
| **To:** | WHIP litigation |
| **Subject:** | You sent a $190.00 USD payment |

Hello, Michael Kosma



# You sent $190.00 USD to NORTH COUNTY PROCESS SERVICES



Create an account with PayPal in just seconds so checkout is a snap!

**Activate PayPal Now**

YOUR NOTE TO NORTH COUNTY PROCESS SERVICES

 PROCESS SERVICE OF HYLETE, INC. ADDRESS: 11622 EL CAMINO REAL, SUITE 100, SAN DIEGO, CA 92130 

# CASE: HYBRID ATHLETICS, LLC, ET AL. #: 3:22-CV 01586-AWT

## Transaction Details

| | |
|---|---|
| **Transaction ID** | **Transaction date** |
| 2YK59371543877007 | December 29, 2022 |

| | |
|---|---|
| **Money sent** | $190.00 USD |

Paid with:

| | |
|---|---|
| AMEX x-2008 | $190.00 USD |

This transaction will appear on your statement as PAYPAL *NORTHCOUNTY

| | |
|---|---|
| **You paid** | $190.00 USD |
| **NORTH COUNTY PROCESS SERVICES will receive** | $190.00 USD |

## Shipping Address

600 Summer St
Stamford, CT 06901
United States



### PayPal: easy to get, easy to use

PayPal isn't just a convenient way to shop online. It's also an easy way to send money to anyone, across town or around the world.*

*Recipient must have or create an account with PayPal.

2

**Activate PayPal Now**



Help & Contact | Security | Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click Help & Contact.

PayPal Customer Service can be reached at 888-221-1161.

Not sure why you received this email? Learn more

Copyright © 1999-2022 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000417:en_US(en-US):1.5.1:f1611246b8b8a

3