# EXHIBIT B



# INVOICE

600 Summer Street, Stamford, CT 06901

Tel: +1 203-703-0800

Website: www.whipgroup.com

Invoice # 653226
Date: 12/31/2022
Due On: 01/30/2023

Hybrid Athletics, LLC
Attn: Robert Orlando
8 Saddle Hill Road
Monroe, CT 06468

## 05828-L0018A

# Hybrid Athletics, LLC v. Hylete, Inc. (Breach of Contract)

### Services

| Type | Date | Attorney | Notes | Quantity | Total |
|------|------|----------|-------|----------|-------|
| Service | 12/05/2022 | JMB | Finalize and forward correspondence to Hylete re: breach of agreement. | 0.50 | $115.00 |
| Service | 12/09/2022 | JMB | Review case documents and draft Complaint. | 2.50 | $575.00 |
| Service | 12/12/2022 | MJK | Reviewing and revising Complaint. Teleconference with Client regarding same. | 0.60 | $360.00 |
| Service | 12/13/2022 | JMB | Draft Corporate Disclosure Statement and Civil Cover Sheet; finalize and file Complaint and initiating documents; draft and file Notice of Appearance for RDK; draft and forward letter to Hylete re: accepting service. | 2.50 | $575.00 |
| Service | 12/13/2022 | RDK | Editing draft Complaint. | 1.00 | $420.00 |
| Service | 12/14/2022 | JMB | Receive Court Notices re: assignment of Judge Thompson; call with MJK re: transfering case; research and draft Motion to Transfer and Notice of Related Cases re: transferring to Judge Bolden; file Motion to Transfer. | 2.50 | $575.00 |
| Service | 12/14/2022 | RDK | Drafting Motion to Transfer the Case to Judge Bolden. | 0.50 | $210.00 |
| Service | 12/19/2022 | JMB | Receive Court Standing Orders and instructions for service of process. | 0.50 | $115.00 |
| Service | 12/20/2022 | JMB | Receive Order granting Motion to Transfer; call with Process Server re: service of documents on Hylete; prepare all documents to be served and forward to Process Server. | 1.20 | $276.00 |

Invoice # 653226 - 12/31/2022

| Service | 12/29/2022 | JMB | Correspondence with Process Server re: status of service. | 0.50 | $115.00 |
| Service | 01/17/2023 | MJK | Reviewing and revising Motion to Transfer Case. Teleconference with Client regarding same. | 0.50 | $300.00 |
| | | | **Services Subtotal** | | **$3,636.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 12/13/2022 | Filing Fee: FFEE | 1.00 | $402.00 | $402.00 |
| Expense | 12/29/2022 | Service of Complaint: SERV | 1.00 | $190.00 | $190.00 |
| | | | **Expenses Subtotal** | | **$592.00** |

| | | |
|---|---|---|
| **Subtotal** | **$4,228.00** |
| **Postage, Telephone & Internet (1.5%)** | **$54.54** |
| **Legal Research and Discovery Document Hosting (5.0%)** | **$181.80** |
| **Total** | **$4,464.34** |

billing@whipgroup.com

Please make all amounts payable to: Whitmyer IP Group LLC

Our Bank Details: Bank of America 222 Broadway New York, New York 10038 USA
Account Number: 385020412131 Swift Code: BOFAUS3N ABA Routing Number: 026009593
Direct Deposit/Automatic Payment/ACH Routing Number: 011900254

To pay by credit card, please click on the following link: https://app.clio.com/link/6r4GXpkXnkrN

Please pay within 30 days.

 **Whitmyer ip Group**

# INVOICE

Invoice # 653520
Date: 01/31/2023
Due On: 03/02/2023

600 Summer Street, Stamford, CT 06901
Tel: +1 203-703-0800
Website: www.whipgroup.com

Hybrid Athletics, LLC
Attn: Robert Orlando
8 Saddle Hill Road
Monroe, CT 06468

## 05828-L0018A

## Hybrid Athletics, LLC v. Hylete, Inc. (Breach of Contract)

| Type | Date | Attorney | Notes | Quantity | Total |
|------|------|----------|-------|----------|-------|
| Service | 01/05/2023 | JMB | Call to Process Server; receive Proof of Service and prepare and file Summons Returned Executed with Proof of Service. | 1.00 | $230.00 |
| Service | 01/18/2023 | JMB | Draft Motion for Default Judgment and Affidavit in Support. | 1.50 | $345.00 |
| Service | 01/18/2023 | MJK | Reviewing and revising Motion for Default Judgment. | 0.80 | $480.00 |
| Service | 01/19/2023 | JMB | Call with MJK re: Motion for Default; draft Motion for Clerk's Entry of Default; finalize and file same. | 1.50 | $345.00 |
| Service | 01/26/2023 | JMB | Draft Motion for Entry of Default Judgment, Memorandum of Law, Declaration of MJK and Proposed Order. | 2.50 | $575.00 |

| | |
|---|---|
| **Subtotal** | **$1,975.00** |
| **Postage, Telephone & Internet (1.5%)** | **$29.63** |
| **Legal Research and Discovery Document Hosting (5.0%)** | **$98.75** |
| **Total** | **$2,103.38** |

billing@whipgroup.com

Please make all amounts payable to: Whitmyer IP Group LLC

Our Bank Details: Bank of America 222 Broadway New York, New York 10038 USA
Account Number: 385020412131 Swift Code: BOFAUS3N ABA Routing Number: 026009593
Direct Deposit/Automatic Payment/ACH Routing Number: 011900254

To pay by credit card, please click on the following link: https://app.clio.com/link/6r4GXpkXnkrN

Please pay within 30 days.



# INVOICE

Invoice # 653656
Date: 02/23/2023
Due On: 03/25/2023

600 Summer Street, Stamford, CT 06901
Tel: +1 203-703-0800
Website: www.whipgroup.com

Hybrid Athletics, LLC
Attn: Robert Orlando
8 Saddle Hill Road
Monroe, CT 06468

## 05828-L0018A

## Hybrid Athletics, LLC v. Hylete, Inc. (Breach of Contract)

| Type | Date | Attorney | Notes | Quantity | Total |
|------|------|----------|-------|----------|-------|
| Service | 02/09/2023 | JSG | Draft Motion in Support of Default Judgment. Research caselaw regarding default judgments in second circuit. | 6.20 | $1,302.00 |
| Service | 02/09/2023 | JMB | Review case documents and draft Orlando Affidavit of Debt. | 1.50 | $345.00 |
| Service | 02/22/2023 | MJK | Reviewing and revising Motion for Default Judgment and Affidavits in Support thereof. Teleconference with client. | 3.50 | $2,100.00 |

| | |
|---|---|
| Subtotal | $3,747.00 |
| Postage, Telephone & Internet (1.5%) | $56.21 |
| Legal Research and Discovery Document Hosting (5.0%) | $187.35 |
| Total | $3,990.56 |

billing@whipgroup.com

Please make all amounts payable to: Whitmyer IP Group LLC

Our Bank Details: Bank of America 222 Broadway New York, New York 10038 USA
Account Number: 385020412131 Swift Code: BOFAUS3N ABA Routing Number: 026009593
Direct Deposit/Automatic Payment/ACH Routing Number: 011900254

To pay by credit card, please click on the following link: https://app.clio.com/link/6r4GXpkXnkrN

Please pay within 30 days.