UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HYBRID ATHLETICS, LLC AND ROBERT ORLANDO,  Plaintiffs,  v.  HYLETE, INC.,  Defendant. | Civil Action No. 3:22-cv-01586-VAB |

**[PROPOSED] ORDER OF DEFAULT JUDGMENT**

The defendant having failed to appear, plead or otherwise defend in this action and a default under F.R.C.P. 55(a) having been entered on January 24, 2024; and

Plaintiffs having filed on February 23, 2023 a motion for default judgment pursuant to the provisions of Rule 55(b)(1) of the F.R.C.P.; it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of plaintiffs in the amount of $89,775.14, which includes $75,000 owed under the Settlement Agreement, $4,216.86 of interest through February 23, 2023, and current attorneys' fees and costs of $10,558.28. In addition, plaintiffs are entitled to $36.99 in interest per day starting on February 23, 2023, until the judgment is satisfied, and additional reasonable attorneys' fees necessary to collect this judgment.

IT IS ORDERED THIS _____ day of _____, 2023.

_____
Hon. Victor A. Bolden
United States District Judge